UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  15-CV-22333-ALTONAGA/O'SULLIVAN

WILLIAM L. TAYLOR,

    Plaintiff,

vs.

SHILLDEV (U.S.), INC.,

    Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, WILLIMA L. TAYLOR ("Plaintiff") and Defendant, SHILLDEV (U.S.), INC., ("Defendant") by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of this action with prejudice and that the parties have agreed to entry of an order of Joint Stipulation of Dismissal with Prejudice of Plaintiff's claims against the Defendant in the above-styled action. Each party to bear their own fees and costs.

Respectfully submitted this 8th day of December, 2015.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Fla. Bar # 54538
Schapiro Law Group, P.L.
Attorneys for Plaintiff
21301 Powerline Road
Suite 106
Boca Raton, FL 33433
Tel: 561-807-7388
Fax: 561-807-7198
Schapiro@schapirolawgroup.com


/s/ William Glen Dill, Jr.
William Glenn Dill, Esq.
Fla. Bar #127345
Attorneys for Defendant
Law Offices of Glenn Dill, PLLC
18260 NE 19th Avenue, Suite 102
North Miami Beach, FL  33162
Phone (754) 263-2063
Fax: (786) 257-5733
Email: glenn@glenndilllaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of December, 2015, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro, Esq.
Douglas S. Schapiro, Esq.
Fla. Bar # 54538
Schapiro Law Group, P.L.
Attorneys for Plaintiff
21301 Powerline Road
Suite 106
Boca Raton, FL 33433
Tel: 561-807-7388
Fax: 561-807-7198
Schapiro@schapirolawgroup.com